UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE SOUTHWICK, a single woman,<br><br>    Plaintiff,<br><br>    -vs-<br><br>ROSAUERS SUPERMARKETS, INC.; Annette Christensen and John Doe Christensen,<br><br>    Defendants. | NO.  CV-05-0114-LRS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This matter having come for hearing by stipulation of the parties, it appears to the Court that all matters in controversy herein have been fully compromised and settled.  Accordingly, **IT IS HEREBY ORDERED** that **Ct. Rec. 16** is **GRANTED**.  This action is **DISMISSED WITH PREJUDICE** without attorney's fees or costs to either party.

The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

DATED this 25th day of May, 2006.

*s/Lonny R. Suko*
_____
          LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE WITH PREJUDICE - 1